**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Shupe, et al., | No. CV-18-00159-TUC-DCB |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| Lewis & Lewis Insurance Agency Incorporated, et al., | |
| Defendants. | |

On January 29, 2019, a Rule 16, case management scheduling conference was set by Order of this Court. (Order (Doc. 28). Pursuant to the directive of this Court the Plaintiffs, who are appearing pro se, were responsible for initiating the conference call, and the parties were directed to file a Joint Case Management Plan not less than 5 days before the scheduling conference. Plaintiffs failed to appear; the Court attempted to contact the Plaintiffs but they have not provided a contact telephone number on any pleading or in the docket.

**Accordingly,**

**IT IS ORDERED** that Plaintiffs shall have 14 days from the filing date of this Order to show cause in writing why this case should not be dismissed for failing to comply with directives of this Court, especially those directives necessary to prosecute this case.

**IT IS FURTHER ORDERED** that the show cause filing shall include a contact telephone number for Plaintiffs, which shall be entered into the record.

**IT IS FURTHER ORDERED** that this case shall be dismissed without further

notice to the Plaintiffs in the event they fail to comply with this Order.

Dated this 5th day of February, 2019.

_____
Honorable David C. Bury
United States District Judge